AO 442 (Rev. 11/11) Arrest Warrant

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

APR 01 2025

MITCHELL R. ELFERS
CLERK

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Juan Carlos Cordova MARTINEZ (YOB 1999) | ) | Case No. MJ 25-524 JMR |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Juan Carlos Cordova MARTINEZ
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
  8 USC § 1324(a)(1)(A)(iii) Harboring an Illegal Alien

Date:   03/24/2025

*Issuing officer's signature*

City and state:   Albuquerque, New Mexico

Jennifer M. Rozzoni, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 3/24/2025, and the person was arrested on *(date)* 04/01/2025
at *(city and state)* MPC, New Mexico.

Date: 04/01/2025

*Arresting officer's signature*

Francisco Hurtado  FBI Special Agent
*Printed name and title*